MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS E. STEVENS  (CABN 168362)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax:  (415) 436-7234
    E-Mail:  Thomas.Stevens@usdoj.gov

Attorney for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-12-0459 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ANDREA C. MOHR, | |
| Defendant. | |

    WHEREAS, the above-captioned matter came before the Court on February 27, 2013, for status conference.  The United States was represented by AUSA Tom Stevens, and defendant Mohr, who was not present (due to a death in her family), was represented by Marc Axelbaum.  The Court set the case for a further status conference on March 20, 2013.

    WHEREAS, during the previous status conference on January 16, 2013, the Court, on the record and as reflected in the minute order, excluded time from that date through and including February 27, 2013, for continuity of counsel and counsel's effective preparation (because Mr. Axelbaum had recently substituted into the case).

**STIP. AND [PROPOSED] ORDER RE:  STA**
CR-12-0459 EMC

1      WHEREAS, counsel for Mohr requested the continuance to the March 20 date, after noting
2  that he had been diligently reviewing discovery, working through technical issues respecting the
3  electronic discovery, and needed more time to complete his discovery review and discuss the case
4  with his client.
5      NOW THEREFOR, based upon the need for Mohr's counsel effectively to prepare, the
6  parties seek a further exclusion of time under the Speedy Trial Act, through and including March 20,
7  2013.
8      SO STIPULATED.
9  DATED: February 28, 2013        MELINDA HAAG
                                    United States Attorney

                                      /s
                                    Thomas E. Stevens
                                    Assistant United States Attorney

DATED: February 28, 2013          /s
                                    Marc Axelbaum
                                    Counsel to Andrea Mohr

### [PROPOSED] ORDER

    Based upon the above stipulation, the Court finds that the time from and including February 27, 2013, to and including March 20, 2013, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial. The findings are based upon the need for the defendant to have reasonable time necessary for effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), taking into account the exercise of due diligence.

    IT IS SO ORDERED.

DATED: ~~February ___, 2013~~  March 1, 2013

                                    EDWARD M. CHEN
                                  UNITED STATES



**STIP. AND [PROPOSED] ORDER RE: STA**
CR-12-0459 EMC              2