MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS E. STEVENS  (CABN 168362)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax:  (415) 436-7234
    E-Mail:  Thomas.Stevens@usdoj.gov

Attorney for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-12-0459 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ANDREA C. MOHR, | |
| Defendant. | |

    WHEREAS, the above-captioned matter came before the Court on March 20, 2013, for status conference.  The United States was represented by AUSA Tom Stevens, and defendant Mohr, who was present, was represented by Marc Axelbaum.  The Court set the case for a further status conference on April 24, 2013, and for jury trial on May 31, 2013.

    WHEREAS, during the previous status conference on February 27, 2013, the Court excluded time under the Speedy Trial Act (18 U.S.C. § 3161) from that date through and including March 20, 2013, for continuity of counsel and counsel's effective preparation.

    WHEREAS, counsel for the United States and for Mohr requested the continuance to the

**STIP. AND [PROPOSED] ORDER RE:  STA**
CR-12-0459 EMC

April 24 date, after noting that Mohr had requested, and the government agreed to produce, additional discovery.

NOW THEREFOR, based upon the need for Mohr's counsel effectively to prepare in connection with the additional discovery, the parties seek a further exclusion of time under the Speedy Trial Act, through and including April 24, 2013.

SO STIPULATED.

DATED: March 22, 2013

MELINDA HAAG
United States Attorney

/s
Thomas E. Stevens
Assistant United States Attorney

DATED: March 22, 2013

/s
Marc Axelbaum
Counsel to Andrea Mohr

## [PR~~OPOSED~~] ORDER

Based upon the above stipulation, the Court finds that the time from and including March 20, 2013, to and including April 24, 2013, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial. The findings are based upon the need for the defendant to have reasonable time necessary for effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: March 25, 2013



_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

**STIP. AND [PROPOSED] ORDER RE: STA**
CR-12-0459 EMC                             2