SEVERA KEITH, CSBN 218167
THE KEITH LAW OFFICE, P.C.
214 Duboce Avenue
San Francisco, CA 94103
(415) 626-6000 - Telephone
(415) 255-8631 - Facsimile

Attorney for Defendant
ANDREA MOHR

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 12-0459-EMC |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO RESET HEARING DATE** |
| ANDREA MOHR, | |
| Defendant. | |

Defendant Andrea Mohr, through counsel, and counsel for the the government hereby stipulate and request that this Court reset Ms. Mohr's currently-set status conference date of June 27, 2018 to July 19, 2018 at 1:15 p.m. The reason for this request is that Ms. Mohr recently started a new job, and she is not able to take time off work for the currently-set hearing. The new hearing date is requested because it falls on her regular day off.

//
//
//
//
//

IT IS SO STIPULATED.

Date: June 25, 2018                    Respectfully submitted,


/s/ _____
DAVID COUNTRYMAN
Assistant United States Attorney


Dated:  June 25, 2018


/s/ _____
SEVERA KEITH
Attorney for Defendant
ANDREA MOHR

# <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED

     Defendant Andrea Mohr's status conference is reset from June 27, 2018, at 2:30 p.m. to July 19, 2018, at 1:15 p.m.



The Honorable Edward M. Chen

UNITED STATES DISTRICT JUDGE